427 A.2d 1214

Commonwealth v. Skokowski, Appellant.

Submitted September 13, 1979. Francis P. Burns, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.